**No. 10-9092. James Berry, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

563 U.S. 923, 131 S. Ct. 1827, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2707.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 87.